## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME EDUARDO VALDOVINOS-ROMERO,<br><br>Defendant. | Case No. 19-CR-3024-GPC<br><br>**JUDGMENT AND ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |
|---|---|

Based upon the Amended Motion of the United States to Dismiss the Indictment in this case, and for the reasons set forth therein, and for good cause appearing therefor, **IT IS HEREBY ORDERED** that the United States' Motion to Dismiss the Indictment Without Prejudice is **GRANTED** and the Indictment in Case Number 19-CR-3024-GPC shall be **DISMISSED WITHOUT PREJUDICE**.

Dated: October 30, 2020

Hon. Gonzalo P. Curiel
United States District Judge